USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/25/2022



5030 Broadway, Ste. 652
New York, NY 10034
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Gregory H. Woods                                         January 25, 2022
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

  Re: **Kavon Williams v. City of New York** 21cv10262(GHW)

Your Honor --

This case has been designated a related case with 21cv10226, and the initial conference
was scheduled to be held on January 27 for both.  The attached letter referencing both
cases was filed with the court on January 18.  The adjournment requested therein was
granted but neither the request nor the order was filed on the docket with this case.  We
therefore request that this related case scheduled for the same time at 21CV10226 also be
adjourned.

I apologize to the court for any confusion this has caused.

Sincerely,

/S/

Leo Glickman

Plaintiff's request to adjourn the pre-trial conference in this matter is granted.  The Court will hold the
pre-trial conference for this case on February 3, 2022 at 3:00 p.m., together with the pre-trial conference
in related case no. 1:20-cv-10262-GHW.  The joint status update and proposed case management plan
described in the Court's July 28, 2021 order are due no later than January 27, 2022.  The parties are
directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's
website, for the dial-in number and other relevant instructions. The parties are specifically directed to
comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated:  January 25, 2022
New York, New York        _____
                GREGORY H. WOODS
              United States District Judge